**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA *

v. * Criminal Case No.: JKB-14-0423

RAFAEL CHIKVASHVILI *

*Defendant*. *

* * * * * * * * *

**OMNIBUS MOTION FOR DISCOVERY**

Defendant Rafael Chikvashvili, by and through his counsel, Ty Kelly Cronin and Jonathan Biran, and Biran Kelly LLC, hereby moves this Court for an Order directing the government forthwith to produce to defense counsel the following items, pursuant to Fed. R. Crim. P. 16(a), the Jencks Act, and the Fifth and Sixth Amendments of the United States Constitution:

A. To the extent not already produced, the identity as well as all statements, oral or written, of any purported coconspirator that the government intends to introduce at trial under Fed. R. Evid. 801(d)(2)(E), including but not limited to:

1. Written or recorded statements made by any purported coconspirator, indicted or unindicted, before or after arrest, that are in the government's possession, custody or control, or that through due diligence may become known to the government; and
2. The substance of any oral statement made by any purported coconspirator, indicted or unindicted, before or after arrest, in response to interrogation by any person known to the coconspirator to be a government agent.

B. To the extent not already produced, all information in the possession of the United States that has been received by the United States as a result of a civil False Claims Act lawsuit filed against Alpha Diagnostic relating to the same subject matter that is at issue in this prosecution, including but not limited to, statements made by individuals who are expected to be witnesses at the trial in this case.

C. All rough notes created by the agents when: (i) interviewing those individuals who will called as witnesses at trial; (ii) interviewing any individual, the extent there is any *Brady* or *Giglio* material contained in the agents' rough notes.

D. All evidence relating to or reflecting any surveillance or other proactive investigative techniques that may have been performed by government agents at any time during the investigation and/or prosecution of this case.

E. To the extent not already produced, all other material that the government is required to produce under Rule 16, *Brady v. Maryland*, *Giglio v. United States*, the Jencks Act, and this Court's prior orders.

A supporting Memorandum is being filed contemporaneously. A proposed Order is included as an attachment to this Motion.

Respectfully submitted,

BIRAN KELLY LLC

/s/

__________________________

Ty Kelly Cronin
Jonathan Biran
201 North Charles Street, Suite 2600
Baltimore, MD 21201
(410) 625-2500